| No. | IP address | Timestamp | Piracy website |
|---|---|---|---|
| 1 | 108.76.229.223 | 2018-07-07 11:22:57.788399+00 | yts.su |
| 2 | 2600:1700:2800:2ed0:4d1f:c735:c1dc:220b | 2019-03-26 23:25:30.060443+00 | yts.ag |

# Exhibit "1"